# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00693-CV

**In re Frank Joseph**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Frank Joseph has filed a petition for writ of mandamus, complaining that the trial court's order related to his request for DNA testing was unclear.[1]  *See* Tex. R. App. P. 52. Having reviewed the petition, we deny the petition for writ of mandamus.  *See id.* R. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed:   November 17, 2015

---

[1]  According to relator's petition, the trial court erroneously checked next to the "granted" box and then crossed that out and indicated that the request was instead denied.